UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NAYDA LOPEZ and
BENJAMIN LOPEZ,                                             Case No. 1:05-CV-408

       Plaintiffs,

v.                                                                              Hon. Richard Alan Enslen

PLATINUM HOME MORTGAGE CORP.,
                                                  **JUDGMENT**
       Defendant.
_____/

       In accordance with the Opinion of this date;

       **IT IS HEREBY ORDERED** that Defendant Platinum Home Mortgage Corporation's Motion for Summary Judgment is **GRANTED**.

       **IT IS FURTHER ORDERED** that all federal claims are **DISMISSED WITH PREJUDICE**.

       **IT IS FURTHER ORDERED** that all state law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
August 8, 2006                                  Richard Alan Enslen
                                                      Senior United States District Judge